IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-10-8-1 |
| | § | |
| ANDY VALENCIA | § | |

**ORDER**

BE IT REMEMBERED on this 26th day of April, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed January 21, 2010, wherein the defendant Andy Valencia waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Andy Valencia to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Andy Valencia guilty of the offense of transporting and moving by means of a motor vehicle and on foot an alien who had come to, entered, and remained in the United States, for private financial gain, in violation of 8 U.S.C. 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II) and 1324(a)(1)(B)(i).

Signed this 26th day of April, 2010.

Andrew S. Hanen
United States District Judge